IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO DEON JOHNSON,

    Petitioner,                       No. CIV S-03-2063 FCD JFM P

    vs.

CLAUDE E. FINN, Warden,

    Respondent.

                                /

DARRYL L. THOMPSON,

    Petitioner,                       No. CIV S-04-2208 MCE PAN P

    vs.

TOM L. CAREY, Warden,

    Respondent.

                                /

           Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 83-123(a), E.D. Cal. (2005). The actions involve the same criminal prosecution and the same questions of fact and law. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

1       The parties should be aware that relating the cases under Local Rule 83-123
2 merely has the result that the actions are assigned to the same judge; no consolidation of the
3 actions is effected.  Under the regular practice of this court, related cases are generally assigned
4 to the judge and magistrate judge to whom the first filed action was assigned.
5       Therefore, IT IS ORDERED that the action denominated as <u>Thompson v. Carey</u>,
6 Case No. CIV S-04-2208 MCE PAN P is reassigned to the undersigned and to Magistrate Judge
7 John F. Moulds for all further proceedings.  Henceforth, the caption on documents filed in the
8 reassigned case shall be shown as No. CIV S-04-2208 FCD JFM P.
9       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
10 adjustment in the assignment of civil cases to compensate for this reassignment.
11 DATED:September 16, 2005

                                         /s/ Frank C. Damrell Jr.
                                         FRANK C. DAMRELL JR.
                                         United States District Judge