```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Petitioners
   ALONZO DEON JOHNSON and DARRYL THOMPSON
7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONZO DEON JOHNSON, | ) | No. Civ. S 03-2063 RBB JFM P |
| Petitioner, | ) | **UNOPPOSED REQUEST TO RESET STATUS CONFERENCE; ORDER** |
| v. | ) | |
| CLAUDE E. FINN, Warden, | ) | |
| Respondent. | ) | |
| DARRYL THOMPSON, | ) | No. Civ. S 04-2208 RBB JFM P |
| Petitioner, | ) | **UNOPPOSED REQUEST TO RESET STATUS CONFERENCE; ORDER** |
| v. | ) | |
| TOM L. CAREY, Warden, | ) | |
| Respondent. | ) | |

Petitioners, ALONZO DEON JOHNSON and DARRYL THOMPSON, by and through their counsel, Assistant Federal Defender David M. Porter, hereby requests the court reschedule the status conference in the above-entitled matters, currently set for December 14, 2006, to February 15, 2007 at 11:00 a.m., to allow for the reproduction and review of the court file and 18 expando files comprising the state

court record.  Counsel for respondents, Deputy Attorney General R. Todd Marshall, has graciously indicated that he has no opposition to this request.  This is the first such request and it is not being made to gain unfair advantage, to unduly prolong the litigation, or for any other improper reason.

Dated:   November 29, 2006

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                           /s/ *David M. Porter*
                                        DAVID M. PORTER
                                        Assistant Federal Defender

                                        Attorney for Petitioners
                                        ALONZO DEON JOHNSON and DARRYL THOMPSON

ORDER

Pursuant to the unopposed request of Petitioners, and good cause appearing therefor, it is HEREBY ORDERED that the status conference currently set for December 14, 2006, is RESET to Thursday, February 15, 2007, at 11:00 a.m. in Courtroom #27.  Fourteen days prior to the conference, petitioners shall file and serve status reports as described in this Court's November 13, 2006 order.

IT IS SO ORDERED.

Dated:  December 7, 2006.

UNITED STATES MAGISTRATE JUDGE

/john2063.eot

3