IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO DEON JOHNSON,

    Petitioner,                   No. CIV S-03-2063 RBB JFM P

    vs.

CLAUDE E. FINN, Warden,

    Respondent.
_____/

DARRYL L. THOMPSON,

    Petitioner,                   No. CIV S-04-2208 RBB JFM P

    vs.

TOM L. CAREY, Warden,

    Respondent.               <u>ORDER</u>
_____/

        This matter is presently set for status conference on February 15, 2007 at 11:00 a.m. before the undersigned.  Pursuant to this court's order, counsel have filed a joint status report.  Counsel are in the process of obtaining the questionnaires of the impaneled jurors.  Good cause appearing, the February 15 status conference will be vacated.  Petitioner will be directed to file a formal motion for discovery, if any is necessary, within sixty days from the date of this

1

order. If no formal motion for discovery is required, petitioner shall file a traverse and, if appropriate, a motion for evidentiary hearing and/or motion to expand the record, sixty days thereafter.

IT HEREBY ORDERED that:

1. The status conference set for February 15, 2007 is vacated; and

2. Petitioner shall have sixty days from the date of this order to file a motion for discovery. If a discovery motion is not filed, petitioner shall file a motion for evidentiary hearing or a traverse sixty days thereafter.

DATED: February 13, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; john2063.vac
john2566.36b