1 | LONGYEAR, O'DEA & LAVRA, LLP
2 | 3620 American River Drive, Suite 230
Sacramento, California 95864-5923
3 | Tel: 916-974-8500 Fax: 916 974-8510

Van Longyear, CSB No. 84189
Jennifer Marquez, CSB No. 232194

Attorneys for Defendant MONTE PENNER, M.D.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE B. JETT, | CASE NO. CIV-S-02-2036 GEB JFM (P) |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| M. PENNER, D. PETERSON, C. PLILER, et al. | |
| Defendants. | |

DEFENDANT, Monte Penner, M.D., hereby substitutes Van Longyear and Jennifer Marquez of the Law Firm of Longyear, O'Dea & Lavra, LLP, 3620 American River Drive, Suite 230, Sacramento, California 95864, (916) 974-8500, in the place and stead of James Walter, Deputy Attorney General and Attorney General's Office.

I agree to the above substitution.

Dated: October 29, 2007           /s/ Monte Penner, M.D.
                                  MONTE PENNER, M.D.

///

I agree to the above substitution.

Dated: October 24, 2007                          DEPUTY ATTORNEY GENERAL
                                                 OFFICE OF THE ATTORNEY GENERAL


                                                 By:   /s/ James Walter
                                                       JAMES WALTER
                                                       Deputy Attorney General


I accept the above substitution.

Dated: October 30, 2007                          LONGYEAR, O'DEA & LAVRA, LLP


                                                 By:   /s/ Van Longyear
                                                       VAN LONGYEAR
                                                       Attorney for Defendant
                                                       Monte Penner, M.D.

Dated: October 30, 2007                          LONGYEAR, O'DEA & LAVRA, LLP


                                                 By:   /s/ Jennifer Marquez
                                                       JENNIFER MARQUEZ
                                                       Attorney for Defendant
                                                       Monte Penner, M.D.


**IT IS SO ORDERED.**

Dated: October 30, 2007

                                                 _____
                                                 GARLAND E. BURRELL, JR.
                                                 United States District Judge