1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Petitioners
   ALONZO DEON JOHNSON and DARRYL THOMPSON
6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8
   ALONZO DEON JOHNSON,            )  No. Civ. S 03-2063 RBB JFM P
9                                  )
                 Petitioner,       )
10                                 )
        v.                         )
11                                 )
   CLAUDE E. FINN, Warden,         )
12                                 )
                 Respondent.       )
13                                 )
   _____ )
14
   DARRYL THOMPSON,                )  No. Civ. S 04-2208 RBB JFM P
15                                 )
                 Petitioner,       )
16                                 )
        v.                         )
17                                 )            **ORDER**
   TOM L. CAREY, Warden,           )
18                                 )
                 Respondent.       )
19 _____ )

20      Pursuant to the unopposed application of petitioners, and good
   cause appearing therefor, IT IS HEREBY ORDERED the February 15, 2008
21 request for extension of time to file post-hearing briefs is GRANTED.
   The opening brief is due on or before March 20, 2008, the responding
22 brief is due April 3, 2008, and the optional reply brief is due April
   10, 2008.
23
   DATED:  February 19, 2008.
24

25

26                              UNITED STATES MAGISTRATE JUDGE

27

28 /john2063.eot3