## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                             **JUDGMENT IN A CIVIL CASE**

**ALONZO DEON JOHNSON,**

                                             CASE NO: **2:03–CV–02063–JAM–JFM**

      v.

**CLAUDE E. FINN,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 3/23/2010**

                                                    **Victoria C. Minor**
                                                    Clerk of Court

    ENTERED:  **March 23, 2010**

                                            by: /s/ D. Duong
                                                    Deputy Clerk