1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Petitioners
6  ALONZO DEON JOHNSON and DARRYL THOMPSON

7

8
                 IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  ALONZO DEON JOHNSON,          )  No. Civ. S 03-2063 JAM JFM P
                                  )
12            Petitioner,         )       **ORDER**
                                  )
13       v.                       )
                                  )
14  CLAUDE E. FINN, Warden,       )
                                  )
15            Respondent.         )
                                  )
16  _____ )

17  DARRYL THOMPSON,              )  No. Civ. S 04-2208 JAM JFM P
                                  )
18            Petitioner,         )       **ORDER**
                                  )
19       v.                       )
                                  )
20  TOM L. CAREY, Warden,         )
                                  )
21            Respondent.         )
    _____ )
22

23                       **O R D E R**

24      Pursuant to the decision of the Ninth Circuit Court of Appeals,

25  *Johnson v. Finn*, 665 F.3d 1063 (2011), petitioners' application, and

26  good cause appearing therefor, the Court:

27      (1)  **VACATES** the orders denying the petitions for writ of habeas

28

1    corpus filed March 23, 2009, and the judgments entered the same day;*

2         (2)  **ADOPTS** in full the magistrate judge's findings and

3    recommendations filed August 19, 2009;

4         (3)  **GRANTS** the petitions for a writ of habeas corpus based on

5    petitioners' claims under *Batson v. Kentucky*, 476 U.S. 79 (1986), with

6    respect to prospective juror W.J.; and,

7         (4)  **DIRECTS** the State to vacate petitioners' convictions and

8    respondents to release petitioners from custody unless proceedings in

9    the state court leading to retrial are commenced within sixty days

10   from the date of this order.

11   DATED: September 5, 2012

12                                        /s/ John A. Mendez
                                          Honorable JOHN A. MENDEZ
13                                        United States District Court Judge

---

*    * The Court also **VACATES** the previous orders -- CR #80 in *Johnson
v. Finn* and CR #63 in *Thomas v. Carey* -- that were entered in error.

2