UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**ALONZO DEON JOHNSON,**

CASE NO: **2:03–CV–02063–JAM–JFM**

v.

**CLAUDE E. FINN,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/13/2012**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **September 13, 2012**

by: /s/ M. Marciel
Deputy Clerk